

FILED
CLERK, U.S. DISTRICT COURT
AUG 26 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| JAMES HYDRICK, et al., | CV 98-7167 TJH (RNBx) |
| Plaintiffs, | |
| v. | |
| GRAY DAVIS, et al., | Order |
| Defendants. | |

The Court has considered Defendants' motion to dismiss, together with the moving and opposing papers.

**It is Ordered** that the entire motion to dismiss, including that part deemed to be a motion to decertify the class, be, and hereby is, **Denied**.

. . . . . .

. . . . . .



ENTER ON ICMS
AUG 27 2003

Order - Page 1 of 2

**It is further Ordered** that:

1. All class members shall be placed into two subclasses:

   A. Subclass A shall consist of all current class members with no right to opt-out and shall be entitled to seek injunctive relief for deprivation of their constitutional rights under 42 U.S.C. § 1983;

   B. Subclass B shall consist of all class members who do not opt-out of this subclass and shall be entitled to seek monetary relief for deprivation of their constitutional rights under 42 U.S.C. §1983;

2. Class Counsel shall submit the proposed opt-out notice to the Court for approval within thirty days;

3. Any opposition to the proposed opt-out notice shall be filed within seven days after it is submitted by class counsel; and

4. Class Counsel shall notify the class members of their right to opt-out within thirty days after the Court approves the notice.

Date:   August 26, 2003

_____
Terry J. Hatter, Jr.
United States District Judge