

FILED

UNITED STATES COURT OF APPEALS

JAN 25 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES ALLEN HYDRICK; DAVID LANPHERE; SHAUNDALE GRIFFIN; FRANK CISNEROS; PAUL PEDERSON; STEVEN ROBERT CERNIGLIA; GARY PRICE; DANIEL MROWICI; KENNETH CIANCIO; MICHAEL MCCLURE; JAMES MATA; RICHARD BISHOP; MELVIN FIELDS; RON LEE; LEONARD PIERRE; THOMAS PRICE; JIMMY GUTHRIE; BRIAN KELLY; WOODROW JONES; VASHON JACKSON; BRUCE RILEY; FRED SCOTT; DEAN DANFORTH; SAMMY PAGE; JAMES PETERS; GRAYLING MITCHELL; CARLOS SAUCEDO; ANTHONY DACAYONA; CHARLES SALAS, et al, | No. 03-56712<br><br>D.C. No. CV-98-07167-TJH<br><br>ORDER |
| Plaintiffs - Appellees, | |
| v. | |
| MELVIN E. HUNTER, aka/Jon DeMorales; CRAIG NELSON; GRENDA ERNST, | |
| Defendants - Appellants, | |
| and | |
| ROBERT MCDANIEL; JERRY REYNOLDS; ROBERT PENATE; SAMUEL ROBINSON; MARK MAHHONEY; STEPHEN MAYBERG; | |



| |
|---|
| ANITA JUDD; MICHAEL HUGHES; JIM VESS; JACK TOWNSEND; MARK PALMER; ROCKY SPURGEON; ARNIE GOBBELL; JIM WILEY; MARK KALIONZES; ELAINE SHERRILL; GLAN MIKEL; JAN MAIRE ALARCON BARUCH MARGALIT; WILLIAM KNOWLTON; DIANE IMRAM; CARMEL MULLER; DALE ARNOLD; GABRIELLA PALADINO; JEAN DANSEREAU; et al; WILLIAM CHARLES THIEL; ROBERT DOUGLAS LEFORT; ARNOLD SCHWARZENEGGER, Governor of California, <br><br>    Defendants. |

Before: SCHROEDER, PREGERSON, and TROTT, Circuit Judges.

Plaintiffs' unopposed motion for a 120-day extension of time to file a petition for rehearing or rehearing en banc is GRANTED IN PART. Any petition for rehearing or rehearing en banc filed by Plaintiffs must be filed within 90 days of this order.